SHELBY CHARTER TOWNSHIP V STATE BOUNDARY COMMISSION, Nos. 72897, 73333. Reported *ante,* 50.

LEVIN, J., joins in denying the petition for rehearing because it is his understanding of the opinion of the Court that the Court decided only that the State Boundary Commission did not err in failing to

exempt Shelby Township on the basis that "any water or sewer service" was provided, and accordingly all of "Shelby's other claims" that the commission erred, including those adverted to in the petition for rehearing, are to be resolved by the circuit court on remand pursuant to the last sentence of the opinion of the Court.

*Ordered to Be Published August 5, 1986:*

PROPOSED AMENDMENT OF MCR 8.116. On order of the Court, this is to advise that the Court is considering whether to amend MCR 8.116. Before determining whether the proposal should be adopted, changed before adoption, or rejected, this notice is given to afford any interested person the opportunity to comment on the form or the merits of the proposal, the text of which is as follows:

(The present language is to be repealed and replaced by the following language unless otherwise indicated below:)

RULE 8.116. SESSIONS OF COURT.

(A)-(C) (Unchanged.)

(D) Access to Court Proceedings. When a court has ordered, or has pending before it a request to order, a limitation on the access of the public to court proceedings or records of those proceedings that are otherwise public, any interested person may file a motion to set aside the order or an objection to entry of the proposed order. MCR 2.119 governs the proceedings on such a motion or objection. If the court denies a motion to set aside the order or enters the order after objection is filed, the moving or objecting party may file an application for leave to appeal in the same manner as a party to the action.

*Staff Comment:* The proposed amendment would provide for a procedure to challenge either a request to limit access of the public to court proceedings or records of the proceedings that are otherwise public, or an order which has entered accomplishing such a purpose.

The staff comment is published only for the benefit of the bench and bar and is not an authoritative construction by the Court.

> Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption in its present form. Timely comments will be substantively considered and your assistance is appreciated by the Court.

A copy of this order will be given to the secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in MCR 1.201. Comments on this proposal may be sent to the Supreme Court clerk within 60 days after it is published in the Michigan Bar Journal.